**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JIMMY VARRIANO, Plaintiff

**FILED**
Oct 26 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY VARRIANO,<br><br>    Plaintiff,<br><br>BALJIT SINGH, et al.<br><br>    Defendants. | Case No. 19-cv-07778-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

JIMMY VARRIANO ("Plaintiff") and BALJIT SINGH, an individual and CHARANJIT SINGH, an individual, collectively dba S AND S MARKET; HOP TRAN, an individual; and PHUC T. UONG, an individual (collectively, "Defendants") stipulate pursuant to Fed. R. Civ. P. 41(a)(2) that this action be dismissed in its entirety with prejudice with each side bearing its own attorneys' fees, costs, and litigation expenses. The parties further stipulate and respectfully request that the Court retain jurisdiction over their settlement agreement in accordance with the provisions of General Order No. 56.

Respectfully submitted,

Dated: October 23, 2020    */s/ Irakli Karbelashvili*
                          Irakli Karbelashvili, Attorney for
                          Plaintiff JIMMY VARRIANO

Dated: October 23, 2020    */s/ Bruce Neilson*
                          Bruce Neilson, Attorney for
                          Defendants BALJIT SINGH,
                          CHARANJIT SINGH, HOP TRAN, and
                          PHUC T. UONG

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

_____/s/_____
Irakli Karbelashvili

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

1
2                                    **ORDER**
3       Having reviewed the parties' stipulation, and good cause appearing, the Court
4  dismisses this action in its entirety with prejudice with each side bearing their own attorney's
5  fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement
6  agreement. The Court Clerk shall close the case file.
7
8       **IT IS SO ORDERED.**
9
10
11      Dated: October 26, 2020          _____
12                                       United States Magistrate Judge



13
14
15
...
28